IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

| | | |
|---|---|---|
| COMPLAINT OF BELLAIRE VESSEL MANAGEMENT, LLC, AS OWNER OF THE M/V CAPT ROBERT G HARRISON AND BELLAIRE HARBOR SERVICE, LLC AS CHARTERER OF THE M/V CAPT ROBERT G HARRISON FOR EXONERATION OR LIMITATION OF LIABILTY | ) ) ) ) ) ) ) | Civil Action No. 5:18-cv-00115 |
| ------------------------------------------------------------ | | |
| IN THE MATTER OF CAMPBELL TRANSPORTATION CO., INC. AS OWNER, AND INLAND MARINE SERVICE, INC., AS OPERATOR AND OWNER PRO HAC VICE OF THE M/V LOUISE S, OFFICIAL NO. 513659, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) ) ) ) ) ) | Civil Action No. 5:18-cv-00138 |
| ------------------------------------------------------------ | | |
| IN THE MATTER OF CAMPBELL TRANSPORTATION CO., INC. AS OWNER, OF THE M/V JAMES R. MOREHEAD, OFFICIAL NO. 1032410, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) ) ) ) | Civil Action No. 5:18-cv-00137 |
| ------------------------------------------------------------ | | |

EXPERT WITNESS BIOGRAPHICAL SKETCH OF
<u>BELLAIRE VESSEL MANAGEMENT, LLC AND BELLAIRE HARBOR SERVICE, LLC</u>

Pursuant to this Court's Scheduling Order (Dkt. 187), Complainants, Bellaire Vessel Management, LLC and Bellaire Harbor Service, LLC (collectively, "Bellaire"), by and through their undersigned counsel, submit the following expert witness biographical sketch:

1. Larry L. Childress
   116 Beaupre Drive
   Luling, Louisiana 70070
   Telephone: 504-458-3527
   Larry0449@gmail.com

Mr. Childress is an experienced and accomplished inland river barge surveyor, shipyard supervisor, fleet manager, and supervisor with over thirty-five years of experience in all phases of fleet operations and installation, including fleet oversight, maintenance, inspections and recordkeeping, personnel supervision, vessel dispatching / traffic, barge moorings, barge repair and dry-docking, procurement of outside barge and vessel repairs, estimating job costs and competitive bidding on repair work for shipyard, cleaning, repair of and management of tow boats / fleet boats / line-boats, as well as customer relations and communications, and handling all phases of insurance claims and related lawsuits, seeking to offer professional consulting services to interested parties as well as serve in the capacity of an expert witness in marine related matters.

Mr. Childress will offer testimony, inter alia, as to the cause of the Breakaway Event and as to the reasonableness of the total claim for the damages that Bellaire suffered in connection therewith.

    A copy of Mr. Childress's curriculum vitae is attached hereto as **Exhibit 1**.

| | |
|---|---|
| Date: August 17, 2023 | Respectfully submitted,<br><br>BABST, CALLAND,<br>CLEMENTS & ZOMNIR, P.C.<br><br>By /s/  Leonard Fornella<br>    Leonard Fornella<br>    WV I.D. No. 7277<br>    lfornella@babstcalland.com<br><br>Two Gateway Center<br>Sixth Floor<br>Pittsburgh, Pennsylvania 15222<br>(412) 394-6533<br><br>Attorneys for Complainants/Claimants,<br>Bellaire Harbor Service, LLC and<br>Bellaire Vessel Management, LLC |

CERTIFICATE OF SERVICE

I hereby certify that, on August 17, 2023, true and correct copies of the foregoing Biographical Sketch were served via the ECF electronic filing system upon the following:

John S. Sandberg, Esquire
Casey F. Wong, Esquire
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue
15th Floor
St. Louis, Missouri 63101-1313
jsandberg@sandbergphoenix.com
cwong@sandbergphoenix.com

Todd M. Powers, Esquire
Megan A. Sullivan, Esquire
Schroeder, Maundrell,
Barbiere & Powers
5300 Socialville Foster Road
Suite 200
Mason, Ohio 45040
tpowers@smbplaw.com
msullivan@smbplaw.com

Joseph R. Blalock, Esquire
Benesch Friedlander
Coplan & Aronoff LLP
44 15th Street
Suite 2
Wheeling, West Virginia 26003
(614) 223-9359
jblalock@beneschlaw.com

Robert C. James, Esquire
Flaherty Sensabaugh Bonasso PLLC
1225 Market Street
P.O. Box 6545
Wheeling, West Virginia 26003
rjames@flahertylegal.com

By    /s/Leonard Fornella
          Leonard Fornella