# EXHIBIT 1

# Larry L. Childress 

116 Beaupre Dr. • Luling, LA  70070 • Phone: 504-458-3527 • E-Mail: larry0449@gmail.com

## Objective

Experienced and accomplished inland river barge surveyor, shipyard supervisor, fleet manager and supervisor with over thirty-five years of experience in all phases of fleet operations and installation, including fleet oversight, maintenance, inspections and recordkeeping, personnel supervision, vessel dispatching / traffic, barge moorings, barge repair and dry-docking, procurement of outside barge and vessel repairs, estimating job costs and competitive bidding on repair work for shipyard, cleaning, repair of and management of tow boats / fleet boats / line-boats, as well as customer relations and communications, and handling all phases of insurance claims and related lawsuits, seeking to offer professional consulting services to interested parties as well as serve in the capacity of an expert witness in marine related matters.

## Experience

### TPC Transportation (The Pillsbury Company)         January 1981 – January 1982

- Located in St. Louis, MO and Greenville, MS.
  I served as a TPC representative in the New Orleans, LA area with an office at Azalea Fleet, Inc. in Waggaman, LA.
- Barge Maintenance Representative.
  This involved surveying damaged TPC barges, solicitation of bids for repairs, scheduling and supervising all phases of maintenance and repair of their fleet of barges, approximately 350 in total, from upriver Minneapolis, MN onward downriver to the Gulf of Mexico.
- Insurance Claims Representative.
  Handled insurance claims for damaged barge equipment, including putting responsible parties on notice.
- Fleet Dispatcher.
  Scheduling the movement and loading of TPC barge fleet throughout the Mississippi River system as well as coordinating the same with five (5) line-boats.
- Gulf Area Line-Boat Facilitator.
  Managed the transportation of line-boat crewmembers to and from the line-boats.  Handled any special needs of the boats and procuring specialty items required by the line-boats as

# Larry L. Childress 

116 Beaupre Dr. • Luling, LA  70070 • Phone: 504-458-3527 • E-Mail: larry0449@gmail.com

needed.  Worked with gulf area repair yards on the drydocking and repairs to the line boats as needed.

### St. James Fleet & Repair Yard                                          January 1982 – February 1983

- Owned by Eymard Towing in Harvey, LA.  The facility was established in St. James, LA.
- New Fleet Development.
  Assisted in the installation of a new fleet operation from the ground up which included hands on labor as well as supervising sub-contractors, installing pilings and dead-men, anchor chains and shore wires, and buoys as needed.  Also assisted and managed the set-up of the barge cleaning and repair dock at this facility and the installation of all barge cleaning and repair equipment, i.e., welding machines, pumps, etc.
- Post installation and set-up:
  - Barge Surveyor & Maintenance Representative.
    Responsibilities included survey of incoming barges for all customers, loaded and empty, assessing damage and any needed repair including the scheduling and oversight of barge repair.

### Azalea Fleet, Inc.                                                February 1983 – September 1993

- Located in Waggaman, LA.  Owned and operated by Alter Barge Line in Davenport, Iowa.
- Barge Surveyor.
  Surveying all incoming barges both loaded and empty for all customers, assessing damage and writing up the recommendation of repairs if needed, noting both pre-existing and new damage.  Responsibilities included surveying fleet owned spar barges and maintenance of the same.
- Barge Maintenance Representative for Alter Barge Line, parent company of Azalea Fleet, Inc. Job duties included handling bids for repairs, oversight of scheduled repairs, and insurance claims for Alter Barge Line.  Duties also included helping to maintain the line-boats owned by Alter Barge Line, including crew and supplies and repairs.
- Fleet Dispatcher.
  Managed the transporting of barges into and out of Azalea Fleet, scheduling the shifting of barges to other locations and return to the fleet.  Handled issues with fleet boats and crews,

# Larry L. Childress   

116 Beaupre Dr. • Luling, LA  70070 • Phone: 504-458-3527 • E-Mail: larry0449@gmail.com

- as well as other arrival and departing line-boats, and the building and breaking of southbound and northbound tows.
- Assisted with Hurricane planning and preparedness as well as implementation of plan when needed.

### Alter Barge Line                                          September 1993 – May 1994

- Office was in Alton, IL, owned and operated by Alter Barge Line in Davenport, Iowa.
- While working for Azalea Fleet, Inc., a company of Alter Barge Line, I was promoted to a position within Alter located at their boat and barge operations in Alton, IL.
- Assistant Port Captain.
  Managed shipyard drydocking and vessel repair for company owned equipment which included fleet boats and line-boats.
- Barge Fleet Repair Maintenance Supervisor.
  Duties included surveying, tracking and supervision of repairs of ABL fleet of barges.
- Insurance Claims Representative.
  Managed insurance claims for all marine equipment owned by Alter Barge Line, which included barges, boats, and barge fleeting facilities.

### Azalea Fleet, Inc.                                           May 1994 – May 2001

- Located in Waggaman, LA.  Company of Alter Barge Line in Davenport, Iowa.
- While at the Alton, IL Operations, management determined a need for a hands-on representative for Alter Barge Line in the Gulf area and thus I was relocated back to Louisiana.
- Gulf Barge Representative for Alter Barge Line, parent company of Azalea Fleet, Inc.
  Job duties included handling bids for repairs, oversight of scheduled repairs, and insurance claims for Alter Barge Line.  Duties also included helping to maintain the line-boats owned by Alter Barge Line, including crew and supplies and repairs.
- New Barge Construction Supervisor.
  Beginning in 1999, oversaw the layout, construction, and completion of new barges at Trinity Shipyard and Jeff Boat for Alter Barge Line.

# Larry L. Childress 

116 Beaupre Dr. • Luling, LA  70070 • Phone: 504-458-3527 • E-Mail: larry0449@gmail.com

**Azalea Fleet, Inc.**                                                   May 2001 – October 2011

- Located in Waggaman, LA.  Company of Alter Barge Line in Davenport, Iowa.
- Promoted to General Fleet Manager and Shipyard Supervisor.

    Responsible for all aspects of barge operations and oversight of repair facilities including:
    - Customer relations from the point of vessel delivery up to the completion of all services (repair and other services).  This included direct involvement and decision-making respecting the care and management of vessels accepted into fleet custody.
    - Fleeting, shifting, towing, and cleaning of dry cargo and liquid cargo vessels.
    - Hull repair and top-side repair of all types of barges and boats.
    - Drydocking for repair and other services for barges and fleet boats.
    - Management of two (2) drydocks, with hands on supervision of repair service and personnel.

    Supervised all personnel including management of Dispatch department.

    Supervised the hiring and scheduling of fleet boat crew personnel.

    Preparation of Annual Budget for all departments.

    Responsible for Hurricane Plan with implementation of the plan when necessary.

- Gulf Barge Representative for Alter Barge Line, parent company of Azalea Fleet, Inc.

    Supervised Shipyard work for ABL barge maintenance and repair, and vessel maintenance and repair. Maintained priority service from the fleet for ABL and Memco, ensuring their interest in the repair and cleaning operations were protected.

- Barge Surveyor.

    Surveyed all incoming barges, loaded and empty, for all customers assessing damage and recommendation of repairs if needed, noting both pre-existing and new damage.  Responsibilities included surveying fleet owned spar barges and maintenance of the same.

- Insurance Claims Representative.

    Managed insurance claims for all marine equipment owned by Alter Barge Line, including barges, boats, and barge fleeting facilities.

- New Barge Construction Supervisor.

    Continued oversight of the layout, construction, and completion of new barges at Trinity Shipyard and Jeff Boat for Alter Barge Line.

# Larry L. Childress



116 Beaupre Dr. • Luling, LA  70070 • Phone: 504-458-3527 • E-Mail: larry0449@gmail.com

**Cargill, Inc.**                                                              *October 2011 – April 2016*

- Located in Waggaman, LA at Azalea Fleet, Inc.
- Cargill, Inc. purchased Alter Barge Line's interest in Azalea Fleet, Inc. and Alter Barge Line barge fleet.
- Gulf Fleet Manager.

    Managed all Cargill fleets in the Gulf area, except for Traffic and Dispatch.

    This entailed overseeing the maintenance and upkeep of all spar barges and fleeting areas and supervision of the Reserve Barge Cleaning and Repair facilities and employees at that facility.

    Fleets included: Westwego Grain Elevator Fleet, Azalea Fleet, Reserve Fleeting, and Port Allen Fleet.

- Responsible for Hurricane Plan with implementation of the plan when necessary.
- Oversaw repair and retrofitting of spar barges.
- Oversaw fleet maintenance work as well as renewal and replacement of anchor chains and wires.
- Oversaw installation of new ramp from bank to cleaning dock at Azalea Fleet.

# Larry L. Childress 

116 Beaupre Dr. • Luling, LA  70070 • Phone: 504-458-3527 • E-Mail: larry0449@gmail.com

## Education

**Greenville High School, Greenville, MS.**             **May 1967**

National Honor Society graduate.

**Mississippi Delta Junior College, Moorehead, MS.**    **1967-1969**

Business Administration.  No degree.

## Skills

Ability to lead people and manage situations well.

Ability to communicate effectively with supervisors, employees, and customers.

Ability to delegate, make sound decisions and manage time effectively.

## References

**Terence Gomez**

(504) 836-7276

tgomez@mgtransport.com

**Fred Budwine**

(504) 460-7092

fbudwine@aol.com

**Andre' Mouledoux**

(504) 595-3000

AMouledoux@mblb.com

# Larry L. Childress 

116 Beaupre Dr. • Luling, LA  70070 • Phone: 504-458-3527 • E-Mail: larry0449@gmail.com

## Rate Sheet

### Consulting Fee

- $250.00 per hour plus mileage and travel expenses
- Minimum four hours
- Mileage – 65 cents / mile
- Travel expenses outside of mileage such as parking, hotels, meals

### Expert Witness Fee

- $250.00 per hour plus mileage and travel expenses
- Minimum four hours
- Mileage – 65 cents / mile
- Travel expenses outside of mileage such as parking, hotels, meals