**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING**

| | | |
|---|---|---|
| COMPLAINT OF BELLAIRE VESSEL MANAGEMENT, LLC, as Owner of the M/V CAPT ROBERT G HARRISON and BELLAIRE HARBOR SERVICE, LLC as charterer of the M/V CAPT ROBERT G HARRISON FOR EXONERATION OR LIMITATION OF LIABILITY | ) ) ) ) ) ) ) | **Civil Action No. 5:18-cv-00115** Judge Bailey          **(LEAD)** |

and

| | | |
|---|---|---|
| IN THE MATTER OF CAMPBELL TRANSPORTATION CO., INC. as Owner, of the M/V JAMES R. MOREHEAD, OFFICIAL NO. 1032410, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) ) ) ) ) | **Civil Action No. 5:18-cv-00137** Judge Bailey |

and

| | | |
|---|---|---|
| IN THE MATTER OF CAMPBELL TRANSPORTATION CO., INC. as Owner, and CAMPBELL MARINE SERVICE, INC., as Operator and Owner of the M/V LOUISE S. OFFICIAL NO. 513659, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) ) ) ) ) | **Civil Action No. 5:18-cv-00138** Judge Bailey |

**THE OHIO COUNTY COAL COMPANY, MURRAY AMERICAN RIVER TOWING, INC., AND MURRAY AMERICAN TRANSPORTATION, INC.'S SUPPLEMENT TO RULE 26(a)(3) DISCLOSURES**

COME NOW The Ohio County Coal Company, Murray American Towing, Inc., and Murray American Transportation, ("the Murray Parties"), and hereby submit the following supplement to their disclosures in compliance with Federal Rule 26(a)(3).

**Depositions -- Rule 26(a)(3)(A)(ii)**

2.  Stephen Grizzel - designation of page and line

   46/14-48/3

   50/6-51/1

   52/14-52/18

   52/25-53/10

   53/24-54/9

   63/11-64/4

   71/19-72/8

   72/16-73/13

                              Respectfully submitted,

             By:        /s/ Joseph R. Blalock
                        Joseph R. Blalock (WV I.D. #12090)
                        Benesch, Friedlander, Coplan & Aronoff, LLP
                        44 15th Street, Suite 2
                        Wheeling, WV 26003
                        614.223.9395
                        614.223.9330 (Fax)
                        jblalock@beneschlaw.com

                        -and-

John S. Sandberg (admitted *pro hac vice*, PHV-36372)
SANDBERG PHOENIX & von GONTARD P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
jsandberg@sandbergphoenix.com

*Attorneys for Plaintiffs, The Ohio County Coal Company, Murray American River Towing, Inc., Murray American Transportation, Inc., And Mon River Towing, Inc.*

## Certificate of Service

I hereby certify that on the 1st day of September, 2023, I served the foregoing The Ohio County Coal Company, Murray American River Towing, Inc., Murray American Transportation, Inc., And Mon River Towing, Inc.'s ***SUPPLEMENT TO FINAL RULE 26(A)(3) DISCLOSURES*** on all parties and counsel of record with the Clerk of Court using the CM/ECF system which will provide notification of such filing to all CM/ECF participants.

By:    /s/ Joseph R. Blalock
Joseph R. Blalock (WV I.D. #12090)
Benesch, Friedlander, Coplan & Aronoff, LLP
44 15th Street, Suite 2
Wheeling, WV 26003
614.223.9395
614.223.9330
jblalock@beneschlaw.com

-and-

John S. Sandberg (admitted *pro hac vice*, PHV-36372)
SANDBERG PHOENIX & von GONTARD P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
jsandberg@sandbergphoenix.com

*Attorneys for Plaintiffs, The Ohio County Coal Company, Murray American River Towing, Inc., Murray American Transportation, Inc., And Mon River Towing, Inc.*